No. 213. UNITED MINE WORKERS OF AMERICA *v.* GIL-CHRIST ET AL. C. A. 6th Cir. Certiorari denied. *Willard P. Owens* and *E. H. Rayson* for petitioner. *Howard H. Baker, Jr.* for respondents.

No. 232. MARKOS *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *William Patrick Clyne* and *Ian Bruce Hart* for petitioner. *Mark McElroy,* Attorney General of Ohio, and *Theodore R. Saker,* First Assistant Attorney General, for respondent.

No. 238. KOWALSKY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ben F. Foster* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 271. PAGE *v.* WORK ET AL.; and
No. 272. C. A. PAGE PUBLISHING Co. *v.* WORK ET AL. C. A. 9th Cir. Certiorari denied. *Dudley K. Wright* for petitioners. *Rollin L. McNitt* and *Edythe Jacobs* for respondents. Reported below: 290 F. 2d 334.

No. 293. ALEXANDER ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *George N. Leighton* for petitioners. *William G. Clark,* Attorney General of Illinois, for respondent.

No. 294. ROBBINS COAL Co., INC., *v.* FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY. C. A. 5th Cir. Certiorari denied. *Douglass P. Wingo* for petitioner. *George W. Yancey* for respondent.